In the Matter of the Claim of MARIA BELLONI and Others, Respondents, against A. O. C. CONTRACTING CORPORATION, Appellant, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent. STATE INDUSTRAIL BOARD, Respondent. — Award and decision unanimously affirmed, with costs to the respondent Massachusetts Bonding and Insurance Company against the employer.

In the Matter of the Claim of ROY OBERHUBER, Respondent, against KNICKERBOCKER TOWEL SUPPLY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of WILLIAM A. TUTTLE, Respondent, against WERTHER ELECTRIC COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JAMES ARRIGO, Appellant, against UNION CARBIDE COMPANY, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of CHARLES SPECHT, Respondent, against NEWMONT GARAGE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of TED DUGAS, Appellant, against FRONTIER PAINTING CORPORATION, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award and decision unanimously affirmed.

In the Matter of the Claim of JACOB KROELL, Respondent, against PRESS PUBLISHING COMPANY and Another, Appellants.— STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of A. E. SPENCER, Respondent, against MERCHANTS DESPATCH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of J. J. NOONAN, Respondent, against PARAMOUNT BROADWAY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN D. MYERS, Respondent, against SAMUEL JACOBSON, Doing Business as " J. B. AUTO COMPANY," Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CLIFFORD B. WADE and Another, Respondents, against A. I. NAMM & SONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.